IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK



RECEIVED
FEB 2 2 2022
PRO SE OFFICE

Robert Friedman

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Eshel hotel

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Complaint for a Civil Case

Case No. CV 22-00980
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes   ☐ No
*(check one)*

KOMITEE, J.

CHO, M.J.

ORIGINAL

I.    The Parties to This Complaint

A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional
pages if needed.

Name                 Robert Friedman
Street Address       400 Robinwood Avenue
City and County      Columbus, OHIO
State and Zip Code   43213
Telephone Number     614-256-8466
E-mail Address       friedmanrobbi@gmail.com

B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation. For an
individual defendant, include the person's job or title (if known). Attach additional pages if
needed.

Defendant No. 1

Name                 Eshel Hotel
Job or Title
(if known)
Street Address       3272 Kingston Avenue
City and County      Brooklyn, N.Y
State and Zip Code   11213
Telephone Number
E-mail Address
(if known)

Defendant No. 2

Name
Job or Title
(if known)
Street Address
City and County

2

State and Zip Code _____

Telephone Number _____

E-mail Address _____

(if known)

Defendant No. 3

Name _____

Job or Title _____

(if known)

Street Address City _____

and County State _____

and Zip Code _____

Telephone Number _____

E-mail Address _____

(if known)

Defendant No. 4

Name _____

Job or Title _____

(if known)

Street Address City _____

and County State _____

and Zip Code _____

Telephone Number _____

E-mail Address _____

(if known)

II.    **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

3

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

B.    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Robert Friedman is a citizen of the State of *(name)* OHIO.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

b.    If the defendant is a corporation

The defendant, *(name)* ~~Eshel Hotel~~ , is incorporated under
the laws of the State of *(name)* ~~New York~~ , and has its
principal place of business in the State of *(name)*
_____.  *Or is incorporated under the laws of (foreign*
*nation)* _____, and has its principal place of business
in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page*
*providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or
the amount at stake—is more than $75,000, not counting interest and costs of court,
because *(explain)*:

~~Two hundred thousand dollars.~~

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as
possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State
how each defendant was involved and what each defendant did that caused the plaintiff harm or
violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more
than one claim is asserted, number each claim and write a short and plain statement of each claim in a
separate paragraph.  Attach additional pages if needed.

~~On Feb. 21, 2022 PI Robert Frieda an
walked into the Eshel Hotel asking to
stay for the night, and the young woman
Manager said that I cannot allowed to enter
or stay in the hotel based on my disability
Touret Syndrome, I have a witness
Jenniffer Carrington who heard it on
my cell phone~~

5

IV.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not
make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the
present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for
these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons
you claim you are entitled to actual or punitive money damages.

I am seeking two hundred thousand dollars
for intentional infliction of emotional
distress, based on their extreme and outrageous
behavior on denying me based on my
disability

V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge,
information, and belief that this complaint: (1) is not being presented for an improper purpose, such as
to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by
existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the
factual contentions have evidentiary support or, if specifically so identified, will likely have
evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the
complaint otherwise complies with the requirements of Rule 11.

A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related
papers may be served.  I understand that my failure to keep a current address on file with the
Clerk's Office may result in the dismissal of my case.

Date of signing: Feb. 22, 20 22

Signature of Plaintiff          Robert Friedman

Printed Name of Plaintiff       Robert Friedman